*Order Entered June 8, 2004*:

KROCHMAL V PAUL REVERE LIFE INS CO, Docket No. 242776. The Court orders that a special panel shall not be convened pursuant to MCR 7.215(J) to resolve the conflict between this case and *Guiles v Univ of Michigan Bd of Regents,* 193 Mich App 39; 483 NW2d 637 (1992), for the reason that the conflict is not outcome-determinative. MCR 7.215(J)(3)(a).

*Order Entered July 13, 2004:*

ENSINK V MECOSTA COUNTY GENERAL HOSPITAL, Docket No. 247220. The judges of this Court having been polled pursuant to MCR 7.215(J), and the result being evenly divided, it is ordered that a special panel shall not be convened.